**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ANDY FRANUA MORALES ANDRADE,**

***Petitioner*,**

**v.** **Case No.: 4:26cv336-MW/MAF**

**WARDEN, LIBERTY COUNTY JAIL,**

***Respondent*.**
_____________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. The report and recommendation has been returned as undeliverable to Petitioner and no objections have been filed, as it appears that Petitioner is no longer in the United States of America. *See* ECF No. 16 at 1 (noting that Petitioner is no longer in ICE custody and was allowed to voluntarily depart to Guatemala). Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court’s opinion. The motion to dismiss, ECF No. 16, is **GRANTED**. The Clerk

shall enter judgment stating, "This case is **DISMISSED as moot** because Petitioner has voluntarily departed from the United States." The Clerk shall close the file.

**SO ORDERED on November 3, 2026.**

**s/Mark E. Walker**
**United States District Judge**